UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Joseph Giagunto

Case No.: 18-32847/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __February 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
52 Kerry Lynn Court
Williamstown, NJ
FMV - $162,000.00

Liens on property:    M&T Bank - $228,311.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:  /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.:  (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32847-JNP
Joseph Giagunto                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Jan 04, 2019
                             Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
db              +Joseph Giagunto,    52 Kerry Lynn Court,    Williamstown, NJ 08094-3147
cr              +Fox Hollow West Homeowners Association, Inc.,    c/o Pinnacle Realty Services,
                  151 Fries Mill Road,    Unit 502,    Turnersville, NJ 08012-2016
517877741       +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517908817       +Fox Hollow West Homeowners Association, Inc.,    c/o George C. Greatrex, Jr., Esquire,
                  Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
517877742       +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517877744       +KML LAW GROUP,    216 HADDON AVENUE,    SUITE 406,    Collingswood, NJ 08108-2812
517905610       +Lakeview Loan Servicing, LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
517877740      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    Elan Financial Service,    Attn: Bankruptcy,    Po Box 5229,
                  Cincinnati, OH 45201)
517877746       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517877747       +Wf/fmg,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 23:29:43      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 23:29:39      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517877735       +E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2019 23:28:51      ALLY FINANCIAL,
                  P.O. BOX 380901,    Minneapolis, MN 55438-0901
517877737        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 04 2019 23:29:51      AMERICAN HONDA FINANCE,
                  P.O. BOX 168088,    Irving, TX 75016
517877736        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 04 2019 23:29:51      American Honda Finance,
                  Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517877739       +E-mail/Text: clientrep@capitalcollects.com Jan 04 2019 23:30:34      CCS,    Attn: Bankruptcy,
                  Po Box 150,    West Berlin, NJ 08091-0150
517877738       +E-mail/Text: bankruptcy@cavps.com Jan 04 2019 23:29:58      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517877743       +E-mail/Text: cio.bncmail@irs.gov Jan 04 2019 23:29:04      IRS,    600 Arch Street,    Room 5200,
                  Philadelphia, PA 19106-1611
517877745        E-mail/Text: camanagement@mtb.com Jan 04 2019 23:29:19      M&T Bank,    1 Fountain Plaza,
                  Floor 3,    Buffalo, NY 14203
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              George C. Greatrex, Jr.    on behalf of Creditor    Fox Hollow West Homeowners Association, Inc.
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Joseph  Giagunto ecfbc@comcast.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 04, 2019
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5