**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Giagunto<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4648<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–32847–JNP | |

# Order of Discharge                                                                 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Giagunto

<u>3/1/19</u>                                             **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**          page 2

United States Bankruptcy Court
District of New Jersey

In re:
Joseph Giagunto
    Debtor

Case No. 18-32847-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 01, 2019
    Form ID: 318    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db             +Joseph Giagunto,    52 Kerry Lynn Court,    Williamstown, NJ 08094-3147
cr             +Fox Hollow West Homeowners Association, Inc.,    c/o Pinnacle Realty Services,
                 151 Fries Mill Road,    Unit 502,    Turnersville, NJ 08012-2016
517877741      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517908817      +Fox Hollow West Homeowners Association, Inc.,    c/o George C. Greatrex, Jr., Esquire,
                 Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
517877744      +KML LAW GROUP,    216 HADDON AVENUE,    SUITE 406,    Collingswood, NJ 08108-2812
517905610      +Lakeview Loan Servicing, LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517877746      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517877747      +Wf/fmg,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QJDMARCHAND.COM Mar 02 2019 05:08:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2019 00:32:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2019 00:32:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517877735      +EDI: GMACFS.COM Mar 02 2019 05:08:00      ALLY FINANCIAL,    P.O. BOX 380901,
                 Minneapolis, MN 55438-0901
517877737       EDI: HNDA.COM Mar 02 2019 05:08:00      AMERICAN HONDA FINANCE,    P.O. BOX 168088,
                 Irving, TX 75016
517877736       EDI: HNDA.COM Mar 02 2019 05:08:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
517877739      +E-mail/Text: clientrep@capitalcollects.com Mar 02 2019 00:33:04      CCS,    Attn: Bankruptcy,
                 Po Box 150,    West Berlin, NJ 08091-0150
517877738      +E-mail/Text: bankruptcy@cavps.com Mar 02 2019 00:32:24      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517877742      +EDI: IIC9.COM Mar 02 2019 05:08:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517877743      +EDI: IRS.COM Mar 02 2019 05:08:00      IRS,    600 Arch Street,    Room 5200,
                 Philadelphia, PA 19106-1611
517877745       E-mail/Text: camanagement@mtb.com Mar 02 2019 00:31:44      M&T Bank,    1 Fountain Plaza,
                 Floor 3,    Buffalo, NY 14203
517877740       EDI: USBANKARS.COM Mar 02 2019 05:08:00      Elan Financial Service,    Attn: Bankruptcy,
                 Po Box 5229,    Cincinnati, OH 45201
                                                                                              TOTAL: 12
```

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
```
              George C. Greatrex, Jr.    on behalf of Creditor    Fox Hollow West Homeowners Association, Inc.
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Joseph  Giagunto ecfbc@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```